IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEDOSOFT, INC. | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:15-cv-10244-RGS |
| | ) |
| v. | ) |
| | ) |
| MARK BURCHETT LTD., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiff, Sedosoft, Inc., ("Plaintiff") respectfully seeks permission of the Court to file under seal its Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment ("Memorandum"), the Affidavit of Ashley B. Brandin in Support of Plaintiff's Motion for Summary Judgment ("Affidavit") and accompanying exhibits. In support of this Motion, Plaintiff states:

1. On October 29, 2015 the Court entered a protective order (the "Protective Order"), ECF No. 47.

2. Paragraph 6 of the Protective Order requires that documents a party designates as "CONFIDENTIAL" or "CONFIDENTIAL: ATTORNEYS' EYES ONLY" be filed under seal.

3. In this case, counsel for both parties have designated documents as "CONFIDENTIAL" or "CONFIDENTIAL: ATTORNEYS' EYES ONLY." For example, the expert reports of Dr. Seth Nielson and John Bollinger, and accompanying exhibits, as well as Agreements between the parties, and correspondence.

4. The Memorandum references and/or attaches, *inter alia*, excerpts of the expert reports of Dr. Seth Nielson and John Bollinger and accompanying exhibits, Agreements between the parties, and correspondence which both parties have designated as confidential under the Protective Order, as explained above.

5. In light of both parties' confidentiality designations under the Protective Order, Plaintiff respectfully requests leave to file the Memorandum, Affidavit, and accompanying exhibits under seal.

6. Plaintiff proposes that the aforesaid documents should remain under seal until further Order of the Court and that following the post-impoundment period, the documents be returned to the custody of Plaintiff's counsel.

WHEREFORE, Plaintiff move that the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment ("Memorandum"), the Affidavit of Ashley B. Brandin in Support of Plaintiff's Motion for Summary Judgment ("Affidavit") and accompanying exhibits be filed under seal and impounded pursuant to Local Rule 7.2 until further Order of the Court.

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

The undersigned attorney hereby certifies that he has communicated with Defendants' counsel and that they have not assented to the relief requested by this Motion.

                                        Sedosoft, Inc.,
                                        By its attorneys,

                                        /s/ John T. McInnes
                                        John T. McInnes, Esq.
                                        BBO # 657488
                                        Ashley B. Brandin
                                        BBO # 676174
                                        McInnes & McLane, LLP
                                        9 Exchange Street
                                        Worcester, MA 01608
                                        Phone: (774) 420-2360
                                        Fax:   (866) 610-0507

Dated: September 29, 2016

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2016 the foregoing was filed with the Clerk of Court pursuant to the Court's CM/ECF procedures.  The foregoing was also served upon the following counsel of record via electronic transmission:

/s/ John T. McInnes
John T. McInnes, Esq.
BBO # 657488
Ashley B. Brandin
BBO # 676174
McInnes & McLane, LLP
9 Exchange Street
Worcester, MA 01608
Phone: (774) 420-2360
Fax:     (866) 610-0507

*Attorneys for Plaintiff, Sedosoft, Inc.*